17. The majority of workers from Ibn who I spoke to about the Union and the purpose of the cards agreed to sign a card in front of me. There is not a single card except for one that we presented for an election that has a signature I did not witness.

18. I called Boris Martinez over the phone. He was at home. He invited me to his house. We spoke about the Union. He agreed that the Union could help him. He said he was scared to sign that he could lose his job. He said he worked long hours without overtime. He agreed to sign and did sign and that is a copy of the card that the Board Agent is presenting to me.

19. The next card I am looking at was signed by Emmanuel Noyola. I spoke to him on the phone and we agreed to meet at his house. We spoke in my car. He told me he worked long hours without overtime, that he did not get the right rate when he worked for a government agency. I explained to him about the benefits of a Union and also the purpose of signing a card to get an election. He agreed to sign a card and signed a card in front of me.

20. I spoke to Oscar Torres on the phone. He invited me to talk at house. We met at his house. I told him about the benefits of a Union and how Ibn employees could get a union by signing a card. He told me about his problems on the job, including the failure to get overtime and the correct wage rate for government work. He agreed to sign a card and signed a card in front of me.

21. I called Marco Sanchez and he said he was working and we could meet at his house. He gave me the address. I went to his house and talked to him outside. He told me that he and his coworkers were paid with checks from names that were different from Ibn. The names he mentioned that I remember now were Jalisco, GR, Well Systems, and FR and others that I do not remember. He said that he worked extra hours without overtime, that he did not get the right rate for government work. He asked me what kind of benefits he would get if he joined the Union. I told him he could get health insurance and pension and a contract with automatic raises. I explained that if he signed a card, and enough other coworkers signed cards, they could have an election. He agreed and signed a card in front of me on the date that is on the card.

22. Armando Anaya is a worker whom I saw at his job at 234 Main in Passaic after trying to reach him on the phone. He was working with Luis Jiminez there. They were fixing a street corner. They were on a break. Armando

υ.S

remembered me from seeing me at 155 Washington Street in Newark. There he told me that he was scared that the foreman would see him signing a card. I told him there, don't worry I will see you another day. At Passaic we talked about what the Union could do for him. He and Luis told me they would get paid under different company names. He named most of the same companies that Marco Sanchez mentioned. I explained the purpose of the card, to get an election. He agreed to sign and signed it that day, the date on the card in front of me. Luis Jiminez had already signed a card when I went to his house.

23. Jose Pereiro signed the card at 155 Washington Street. He was with Francisco Benitez and one other coworker whose name I do not remember. After work, in one of the coworker's cars, the one whose name I do not remember. The workers talked about getting paid by companies with other employers' names. We talked about the Union and the purpose of the card. He and Francisco signed cards that I see here in the copies presented by the Board Agent on the date on the card.

24. That same day, Francisco brought a coworker named Lucas to talk to me and we spoke quickly about the purpose of the card. Lucas had heard about what I was doing from Nelson Benitez. He signed quickly in front of me because as he expressed he was afraid that his foreman would see him. He signed the date on the card.

25. Nelson Benitez had spoken to me many times about what I was doing, and trying to get an election by having people sign cards. He gave me the phone numbers of a lot of his coworkers. He has told me he gets paychecks from other companies. I cannot remember where he was when he signed a card. I do know that he signed his card in front of me at the end of last year.

26. Villette Juan Gabriel is someone I spoke to on the phone and who invited me to stop by his house in the afternoon. I explained what the Union was about. He spoke to me about problems at work – not getting overtime, getting paid with checks from different companies. He showed me copies of his paystubs. He said he had an accident at work and Ibn did not want to pay for his medical bills. He said that he had to go back to work before he recovered. He said he agreed with what I was doing, and would sign a card. He signed the card in front of me on the date on the card. He gave me phone numbers of some of his coworkers to talk to about the Union.

V.S

27. Ulises Javier Fuentes is someone who worked at 155 Washington Street. I do not remember where he signed his card but I remember him signing his card. I remember that he told me he sometimes got paid by Ibn in cash. He said he has been working for the company for many years and does not always get paid the correct amount. He helped me by giving me phone numbers of his coworkers.

28. I called Dario Maquilon and he invited me to meet him at his house that afternoon. Some workers get off of work at 3:30 pm. He had the same complaints as other coworkers – that he was paid in cash and under different company names. I explained what the Union could do and the purpose of the card as I have previously stated here. He agreed to sign a card and did in front of me.

29. Andre Diaz lives with Nelson Benitez who introduced me to him. So I went to their house on Garden Street in Newark. I met him and told him what I was trying to do and the purpose of a card. He signed a card that day in front of me, and then he left.

30. Jonathan and Christian Sarango work with their father Segundo for Ibn. I spoke to the three of them together at their house. I first spoke to the father on the phone, who invited me to his house. I explained who I was, and what I was trying to do. I talked about the purpose of the cards, to get an election. The three of them signed in front of me. I see these cards on the copies presented to me by the Board Agent.

31. Diego Villavisencio is an employee who I contacted by phone and who invited me to his house. I met him there after work and explained what the Union can do. He told me about problems on the job with safety, overtime and not getting the right rate on government work, and getting paid with checks from different companies. He agreed to sign a card, after I explained the purpose of the card, and signed it in front of me.

32. Juan Alvares works at 155 Washington. I was there one morning and saw him there. I explained what I was doing, and about the cards. He said, No problem and he signed.

33. Bolivar Rivera helped me out by giving me phone numbers. So I saw him several times – at his house and at work. I do not remember where he signed his card, but I do remember that I explained the purpose of the Union

U.S

to him on several occasions and the purpose of the card and he signed in front of me. I do remember him expressing that he was scared.

34. I called Nelson Molina who told me to meet him near his house in Elizabeth at a restaurant. I did. We spoke about the purpose of a union. He told me about getting paid by different companies, about not getting overtime when he worked many hours. About signing the card, he said, No problem, and signed the card in front of him.

35. Every time I got a signed card from an Ibn worker, I told the worker that the purpose of the card was to get an election between the Union and the company. Every card I have discussed in this statement was signed in front of me.

36. I have presented the Board Agent with copies of additional cards. One is the card of Victor LLocla. He worked for Ibn at different locations. He called me. He said he wanted to support the Union. We had several meetings. We met at his house, and we met at work. Victor called and told me he was at 30 Parkhurst Street. I went to meet him with my coworker, Jose Castillo at 30 Parkhurst Street. We went into that apartment. Melvin Garcia was there. He also worked at 155 Washington. Jose Patricio Perreira was there. He also worked at 155 Washington. Ulises Javier Fuentes who worked at 155 Washington Street, although he was moved around to different locations, was also there on Parkhurst Street. David Medina was also there. One other worker was there whose name I do not remember. I got the cards of Victor LLoclla and Melvin Garcia. I talked to everyone about the purpose of the Union. They all talked about not getting overtime, not getting the right rates on government jobs. Melvin Garcia said one of the foreman asked him to sign his check over to the foreman so that foreman would cash it but would not give him the right amount. This happened to Melvin's father too. They talked about getting paid under other company's names. They said they lived in places where they rented from their boss so they were afraid to complain. I told the workers the purpose of the card. I saw Victor and Melvin sign cards there.

37. I called Antelin Benites over the phone. Antelin called me back that day and invited me to his apartment. He told me that the boss called him to meet him downstairs at his home and sign two checks. The checks were payable to him but not his paychecks. Martin told him he was short of money and was going to borrow it by taking it out of his checks. Martin did pay him back. Antelin did not understand why that happened, he told me. I told him

N.S

what the Union was about, his rights, and the purpose of a card.  He signed the card in front of me.

38. Edgar Heras was introduced to me by a coworker named Harrison.  We spoke on the phone and Harrison said that he and Edgar could meet him in front of the home of Francisco Martinez.  We met and Edgar said he knew who I was.  I explained what I was doing, and the purpose of the card. Edgar said he agreed, signed the card in front of me and left.

39. I met Harisson Lopes at 555 Northfield Avenue in West Orange on his lunch hour.  I introduced myself to Harrison when he was in his car.  He said he did not want to be seen by the owner, Martin, because Martin had told him not to speak to him, so he told me he would call me later that afternoon.  I called him and asked him to meet me in a restaurant in Newark, that address I do not remember.  Harisson told me about the same problems as everyone else, that he lived in an apartment and Martin was the landlord.  He said he was scared.  I explained what the Union was about.  He said OK, and signed the card in front of me.

40. Candido Pereira and I spoke early on.  He signed the first card at 155 Washington Street.  I went to his house.  Candido was working in Paterson. Candido asked what were the benefits of a union?  He had the same complaints as the other workers.  I told him the benefits of a union and the purpose of a card, and he signed the card in front of me.

41. Jose Patricio Pereira worked for the Employer for a long time.  During that time, he sometimes left work for a period of time and then when he wanted to come back, the Employer took him back.  In about April, I had a meeting with Jose, Ulises Javier Fuentes, Melvin Garcia, David Medina, Victor Lloclla at 30 Parkhurst in Newark where David Medina and Ulises Javier Fuentes lived.  I spoke to the workers about what the Union had to offer them.  The workers told me that they were afraid that the company was going to close down if the Union came in.  The workers said they heard this from Bryan Santos, one of the workers from 155 Washington Street.  They said that Guido Espinosa, a foreman at 155 Washington Street.

42. Two weeks after April 2021, when we started the campaign, I noticed that many workers who had been willing to talk to me and signed Union cards, did not want to talk to me.  Some workers told me that Martin told them that if the Union wins, the Company would close and they would lose their jobs. He said that the Company did not have enough money to pay the wages that

V.S

the Union wanted.  I received a phone call from a worker who told me that Guido Lema and a mechanic was in the yard at 133 South 20th Street in Irvington.  Martine asked them if they signed cards.  The workers said they did not.  Martine told them that the Union was not good for them because they don't have work papers.  He said that the workers would get less if the company has to make deductions from their paychecks.

43. At the beginning, workers were willing to talk to me, and spoke with me over the phone, and told me they were speaking to other workers, all about the Union.  But about two weeks later, all of this stopped.  Luis Jiminez told me that he believed that the coworkers started to get scared.

44. Victor Lloclla told me he was often moved around.  He told me where he was working and I would go to that workplace to talk to workers.  But after the campaign started, he was assigned to 155 Washington Street, he told me.  That is where the workers were assigned who the Employer believed supported the Union.

45. After the campaign started, the Employer cut the workers' hours.   They often worked ten to twelve hours a day, but then were only given eight hours a day.

46. Luis Jiminez told me that after we started trying to organize, the Employer was hiring subcontractors such as Jalisco, GR, Walls, FR, and Roman who is related to Martin.

**I am fluent in English and Spanish and have interpreted the questions of the Board Agent and the answers of the witness to the best of my ability.**

_Julia Nunez_____                    September 10, 2021

Julia Nunez

**I am being provided a copy of this Confidential Witness Affidavit for my review.  I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

US

I have read this Confidential Witness Affidavit consisting of 11 pages, including this page, I fully understand it, and I state under penalty of perjury that it is true and correct.  However, if after reviewing this affidavit again, I remember anything else that is important or I wish to make any changes, I will immediately notify the Board agent.

Date :   September 10, 2021      Signature :

Vicente Sambana

Signed and sworn to before me by telephone on ___9/10/21___

s/Tara Levy

**TARA LEVY**
**Board Agent**
**National Labor Relations Board**

U.S

Vicente Simbana Supplemental Affidavit

Case 22-CA-277455

IBN Construction Corp.
Case 22-CA-277455

## Supplemental Confidential Witness Affidavit

**I, Vicente Simbana, being first duly sworn upon my oath, state as follows:**

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at 6818 Bay Parkway, Brooklyn, NY 11204.

My cell phone number (including area code) is 732-402-2211.

My e-mail address is fercho0000000@hotmail.com.

I am employed by Laborers Eastern Region Organizing Fund, One Tower Center Boulevard, Woodbridge, NJ 08816.

1. This Affidavit supplements the first affidavit I gave

2. As I said in my first affidavit, I met an IBN worker named David Medina and other workers at 30 Parkhurst Street, where one of the IBN workers lived. This was in about April 2021. I saw David Medina from 155 Washington Street. He listened to what we said at the meeting. He said that he agreed with what we said. He said he was not getting overtime, and was working too many hours. He asked to sign the card and I gave him a card to sign, saw him sign, and he returned the card to me.

I am fluent in English and Spanish, and to the best of my ability I have interpreted the questions of the Board Agent and the answers of the witness.

_____/s/ Diego Pinzon_____          9/21/2021_____

U·S                                                    - 1 -               Initials: __U.S_____

Diego Pinzon

**I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 2 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.**

Date: _____     Signature: _____
           9/21/21                                                    Vicente Sambana

**This affidavit was taken by:**

_____

**TARA LEVY**
**Board Agent**
**National Labor Relations Board**

U.5

Vicente Simbana 2nd Supplemental Affidavit

Case 22-CA-277455

IBN Construction Corp.
Case 22-CA-277455

## Second Supplementary Confidential Witness Affidavit

**I, <u>Vicente Simbana</u>, under the penalty of perjury, state as follows:**

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at 6818 Bay Parkway, Brooklyn, New York 11204.

My cell phone number (including area code) is 732-402-2211.

My e-mail address is <u>fercho0000000@hotmail.com</u>.

1. This a supplementary affidavit to the affidavits provided on September 20, 2021. I affirm that everything in my previous statements is truthful and accurate.

2. The organizing campaign at IBN Construction ("the Company") began in November of 2020. I began talking to workers and collecting union authorization cards at that time. I visited workers at 155 Washington Street, Newark, New Jersey; 555 Northfield Avenue, West Orange, New Jersey; 562 Stanford Avenue, Newark, New Jersey; 350 Kingsland Street, Nutley, New Jersey; 60 Pierport Avenue, Rutherford, New Jersey; and Trenton. There were other locations I visited, but I don't remember these addresses anymore. These are the areas I visited the most.

3. About April 2021, I held the first union meeting with my colleague, Jose Castillo. The meeting took place 30 Parkhurst Street in Newark, New Jersey, which is where Melvin Garcia, David Medina, and Ulises Fuentes live. I remember that a couple of other workers were there, including Jose Patricio Pereira and Victor Lloclla. Jose and I talked to them what we were trying to do at the Company. We were trying to organize the workers so we

- 1 -                   Initials: _V.S_

Case 22-CA-277455

could negotiate with the Company for a contract. We spoke about the benefits of being in the Union. I explained to them about signing a union authorization card in order for the Union to represent them. Then, they asked me questions about whether there were consequences for signing the card. Jose told them that the Company cannot retaliate against you because you signed a card. I remember two people signed cards that day; it was David Medina, but I don't remember who else. The other employees had already signed cards while I spoke to them at the jobsite.

4.  During this meeting, the workers complained about working a lot of hours, including Saturday, and not getting paid overtime. The workers informed me that they were getting paychecks with different company names, but all of them said they were working for IBN. For example, Victor said that his paycheck sometimes said Jalisco, Wall Systems, and GR, but he was working for IBN because he was going to the same jobsite, using the same equipment, and interacting with the owner, Martin Espinosa. The workers explained to me that they didn't understand why they were getting paychecks with the names of other companies. The workers also mentioned that one of the foreman owned the house that they lived in.

5.  On or about April 20, 2021, the second meeting took place with my colleague, Anna Tavares, at Nelson Benitez's house—37 Garden Street in Newark, New Jersey. About eleven workers were there. Nelson Benitez, Francisco Benitez, Armanda Anaya, Ivan Bolivar, Juan Alvarez, Nelson Molina, Ulises Javier Fuentes, Juan Villalta, Jose Patricio Pereira, and Melvin Garcia were there. I don't remember who else was there. We talked about the organizing campaign, the benefits of having a Union, and that they could not be fired because they signed Union authorization cards or because they are organizing. The

- 2 -                    Initials: _V. S_

Case 22-CA-277455

workers asked Anna and me how long the process was going to take. I explained that this was a legal process, and there is going to be an election. The vote is going to be confidential, and the Company would not know how you vote. Some workers asked what the benefits are of being in a union. I first explained to them that the first benefit they are going to have is that they will no longer be fighting for a salary. If there's a Union, then there will be a collective-bargaining agreement. The Company will have to sign a contract with the Union for a salary, and now the workers won't have to worry about getting paid less. I recall that we also talked about getting retirement through the Union with an annuity fund. Finally, we also talked about getting access to medical insurance, depending on how many hours they work.

6. The workers asked if the Union checked if they were documented, and I explained that we did not check to see if they had documents; we were only there to organize them. Some of the workers mentioned that they were afraid that the Company was going to retaliate against them for getting involved in the Union, but all of the workers said that they wanted the Union.

7. The Union filed its petition sometime in April 2021, but I continued collecting union authorization cards through October 2021. The Union filed its petition in April because at that time, I had a majority of the cards signed. I knew this from speaking to the workers, who said that there were about forty employees at the Company. I had 38 authorization cards signed so it was appropriate to file the petition.

8. A mail ballot election was scheduled. Employees started to receive the ballots in about May 2021. The Union, however, pulled its petition because I was receiving phone calls from employees that the Company was interfering with the election.

Initials: _U. S_

Case 22-CA-277455

9. Luis Jimenez called me and told me that Martin Espinoza was talking to each employee individually. Martin asked Luis if he had voted. Luis told him that he voted, and Martin told Luis to call the NLRB office to ask for another ballot. Martin gave Luis the telephone number to call, and Luis asked for another ballot. When Luis got the new ballot, Martin told Luis to bring the ballot and demanded that Luis vote in front of him. Luis then voted in favor of the Company because Martin was present. Martin then said that he would mail the ballot.

10. I also got a call from Guido Lema, who told me that Martin asked him if he signed the ballot. Martin told Guido that the Union lies and that it was not good for them to file income taxes because they were undocumented. Martin also told Guido not to talk to me and give me information.

11. Ivan called me and told me that Roman [last name unknown] called him and told him that he wanted to see the ballot. Roman is the owner or supervisor of HR Demolition, and he is related to Martin. Roman asked Ivan to give him the ballot when the ballot arrives or for Ivan to take a picture and send it to him. Ivan also told me that he did what Roman asked him to do because he was afraid to lose his job. Ivan told me that he photocopied the ballot and sent a photo that he voted for the Company, but he actually voted for the Union when he mailed in his ballot.

12. Nelson Benitez called me and told me that he had not received a ballot. The address that the Company had provided was not correct because the Company never asked him to update his information. Nelson told me that the Company never asked anyone who was in favor of the Union to update their information; the Company only asked those who were not in favor of the Union.

- 4 -          Initials: _V.S_____

Case 22-CA-277455

13. Antolin Benitez called me and told me that Martin asked him to bring the ballot to the yard. When Antolin arrived with his ballot, Martin asked him if he was related to Nelson Benitez. Antolin showed him the ballot. Martin asked again, and Antolin responded yes. Martin then told him to keep the ballot and do whatever you want with it.

14. I also received a call from Luis saying that Emanuel Noyola was talking with the workers and asking for their ballot for them to vote in favor of the Company. Luis also told me Emanuel called him and asked him if he already voted and that he could come by his house to help him vote. Luis told him that he was not home and that he could not come by. I believe that Emanuel is a foreman, and he is on the employer's voter list.

15. Armando Anaya called me and told me that Emanuel had also called him. Emanuel said that he wanted to help him vote, and he could stop by his house. Armando hung up the phone on him.

16. Francisco Benitez called me and told me that he had not received his ballot. The Company did not send it to the correct address, similar to Nelson Benitez. Francisco was concerned that the foremen were receiving ballots, like Angel Macas, Juan Diego, Jorge Rodriguez, Oscar Rodriguez, but he didn't get one.

17. Dario Moquilon called me and told me that his ballot had not arrived. I recall receiving calls from many other workers saying that they had not received a ballot.

18. In addition to these employee calls about their ballots, the Union also decided to pull the petition because on the employee voter list that the Company provided there were foreman listed.

19. I started to lose touch with the workers when the Company began its anti-union campaign in about April 2021, after the Union filed the petition. Guido Lema, Segundo Santander,

Initials: _U.S_____

Case 22-CA-277455

Franklin Seguencia, Edgar Heras, David Medina, Oscar Torres, Diego Villavicencio, Luis Ramos, Antolin Benitez, Angel Vega, Carlos Juca, Jose Santander, Marco Sanchez, Boris Martinez, Fernando Seragouro, and Christiano Sergouro stopped responding to my phone calls and ignored me when they saw me at the jobsite.

20. On or about June 13, 2021, the Union held a barbeque at North Bergen Park. The only workers who attended were Luis Jimenez, Nelson Benitez, Victor Llocla, Dario Moquilon, and Juan Alvarez with their families. Luis told me that some of his coworkers were not going to come to the barbeque because they were afraid that someone from the Company might see them.

21. About October 2021, there a union meeting at the Union office in New Brunswick, New Jersey. Victor, Nelson Benitez, Dario, and Armando Anaya were there. No other employees came. Luis called me and told me he didn't want to come because he was afraid that if he goes, the Company is going to see him there. Luis said he was afraid of losing his job. I was concerned about this because I have always had great communication with Luis. During this meeting, we talked about salaries, safety, and the difference between public and private jobs.

Initials: _U. S_____

Case 22-CA-277455

**I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of X pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.**

**Date:** 1-24-22                    **Signature:** _____
                                                                        Vicente Simbana

**I, Flormarina Burgos, have translated this confidential witness statement from English to Spanish to the best of my ability.**

/s/ Flormarina Burgos
_____
**Flormarina Burgos**

**This affidavit was taken by:**

_____
**Joanna Pagones Ross**
**Board Agent**
**National Labor Relations Board**

Initials: U.S

Vicente Simbana 3rd Supplemental Affidavit

Case 22-CA-277455

IBN Construction Corp.
Case 22-CA-277455

## Confidential Witness Affidavit

I, <u>Vicente Simbana</u>, under the penalty of perjury, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at 6818 Bay Parkway, Brooklyn, New York 11204.

My cell phone number (including area code) is 732-402-2211.

My e-mail address is vsimbana@lerof.org.

1. This is a supplementary affidavit to the affidavits provided on September 20, 2021 and January 24, 2022. I affirm that everything in my previous statements is truthful and accurate. I am taking this third supplementary confidential witness statement because I inadvertently did not mention in my previous statements three authorization cards that I received during the IBN Construction ("Company") organizing campaign.

2. In total, I obtained 42 signed authorization cards from employees that worked for the Company. Some employees had informed me that there were about 40-45 total employees, and other employees had told me that there were no more than 50 total employees. By the end of March 2021, I had approximately 29 signed authorization so the Union decided to file a petition for representation.

3. My coworker, Luis Gomez, received a Union authorization card from Bryan Santos. This is the only card that I did not get myself. Luis received this card from Bryan on May 1, 2021, and he handed it to me the following day at the office. The Union has a protocol on what to do when offering an authorization card to an employee, and Luis has been an

Initials: _V.S_

Case 22-CA-277455

organizer for about 3-4 years so he followed the protocol. Aside from explaining the benefits of joining the Union, the protocol involves telling the employee that by signing the card you are agreeing to have the Union represent you.

4. On or about October 20, 2021, I decided to visit one of the Company's jobsites located at 299 Baldwin Road in Parsippany, New Jersey. I was able to speak to Edgar Angamarca outside of the jobsite about the benefits of joining the Union. I then presented him with a Union card and explained that by signing the card he would be agreeing to the Union representing him. Edgar then signed the card.

5. On or about December 24, 2021, I received a phone call from Jesus Aguilar. Jesus said he wanted me to know more about the Union, and I explained the benefits of joining the Union over the phone. I am not certain how he got my phone number, but I am sure he got it from one of his coworkers. It was common for me to receive phone calls from many employees during this organizing campaign who got my phone number from a coworker and then asked me to meet up to talk. Jesus then offered to get together, and he gave me his address. We met outside of his house in Newark, New Jersey. We talked more about the issues he was having at work, and then I presented him with an authorization card. I explained that by signing the card he was agreeing to have the Union represent him, and he signed.

Initials: _V.S_

I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.

I have been read this Confidential Witness Affidavit consisting of 3 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.

Date: _7 - 19 - 2022_         Signature: _____
                                                                    Vicente Simbana

I, Nydia Arroyo, verbally translated this confidential witness affidavit from English to Spanish to the best of my ability.

/s/ Nydia Arroyo

_____
**Nydia Arroyo**

This affidavit was taken by:

_____
**Joanna Pagones Ross**
**Board Agent**
**National Labor Relations Board**

Luis Gomez Affidavit

Case 22-CA-277455

IBN Construction Corp.<br>Case 22-CA-277455

## Confidential Witness Affidavit

**I, Luis Gomez, under the penalty of perjury, state as follows:**

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at 912 North Broad Street, Apt.205, Elizabeth, NJ 07208.

My cell phone number (including area code) is 908 2305950.

My e-mail address is luisgomezlocal55@gmail.com.

I am employed by Laborers Eastern Region

located at One Tower Center Boulevard, East Brunswick 08816.

1. I am an organizer with the Union and have held that position since about August 12, 2019. I got involved in the campaign to organize IBN in about April 2020. I was with Vicente Sambana, who also works for the Union, speaking to the workers at IBN at different worksites about what the Union was about, how we were going about trying to get a Union to represent them.

2. I remember that Vicente set up a meeting between the two of us and ███████ ███████ in a park close to ███████ named ███████ in ███████. I had not met ███████ before. Vicente told me that Bryan had not yet decided to sign a card. He worked at 155 Washington. We spoke together in the park on about April 30, 2021, the three of us. We talked about the campaign, that a card gives him the right to be represented by the Union, that his signature meant that he authorizes the Union to represent him. He said that he would let us know later. This meeting was about 5:30 pm. Then he called me at about 9 pm. He said that he wanted to speak with me, that he would give me his decision tomorrow. He asked to meet with me the next day which was Saturday. I agreed. He said to meet him at 2 pm on ███████, Newark, and to go there and he would let me know his location. He was very nervous because he lived in a property owned by the owner of IBN, Martin. I went to ███████ and let

- 1 -                    Initials: <u>Lb</u>

Case 22-CA-277455

him know I was there.  He told me he was ████████████.  He got into my car and told me he was going to support the Union and to sign a card.  He asked that his name not be used in any case.  He signed the card which I am providing to the Board Agent.  He asked to be kept posted about what was going on in the campaign.  I tried to speak with him once more, about a month later, but the phone was disconnected.  One of his friends, ████████ ████████, told me that he left IBN to make more money and to get away from the Union situation.

**I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 2 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.**

Date: __9/21/21__          Signature: ___*Luis Gomez*___
                                                                    Luis Gomez

This affidavit was taken by:

____s/Tara Levy____

**TARA LEVY**
**Board Agent**
**National Labor Relations Board**

Initials: __L G__

Witness A Affidavit

Case 22-CA-277455

IBN Construction Corp.<br>
Case 22-CA-277455

### Confidential Witness Affidavit

I,  under the penalty of perjury, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at ███████████████████████████ .

My cell phone number (including area code) is ████████ .

My e-mail address is ███████████████

1. I started working at the Company about February 2019 as a laborer until November of 2022. My job responsibilities included laying cement, transporting steel and iron bars, working with wood to finish floors, and driving small front end loaders. My rate of pay was $19.00 per hour as of May of 2021 when the Union talk started. Before that, I was getting $17.00 per hour. I didn't ask for a raise; I noticed it on my paycheck. My supervisor was Jorge Mesa. I worked every day—Monday through Saturday. On average, I worked about 56 hours per week. When the Union talk started in May of 2021, I worked Monday through Friday 40 hours per week.

2. I first heard about the Union when I was working at a public school in Rutherford, New Jersey about October or November of 2020. Some inspectors came in and asked how much money I was making. This is how everything started with the Union. One of my coworkers, ████████████, from the Rutherford jobsite called Vicente from the Union because one of the inspectors told him to contact a Union for help. I believe that ██████ called the Union sometime in the end of November 2020.

Initials: _____

Case 22-CA-277455

3. After contacting Vicente, my coworkers talked to him a couple of times on the phone. I had a meeting with Vicente at a restaurant near my house. This meeting happened about the second week of December 2020. We talked about how to apply for the Union and how it was going to work. I mainly talked about how the Company was robbing employees from their money. Vicente organized one or two union meetings, but I didn't attend.

4. About the end of March 2021, Foreman Jorge called a meeting at 155 Washington Street in Newark, New Jersey right before we started working. Jorge Mesa said you cannot be a part of a Union if you are undocumented. I remember that  [last name unknown], and ▉▉▉ were there. There were about fourteen people there. Jorge said that if we were going to Vicente and giving him information, then we should go to Vicente to get work.

5. About April of 2021, Martin Espinosa, the owner of the Company, asked me if I was with the Union at the Newark jobsite. He asked me around lunchtime. I was with ▉ when Martin asked. ▉ said that he had no contact with the Union. I told Martin that I was in contact with the Union. ▉ later told me that he got better pay and a false social security number to continue working with the Company.

6. About April of 2021, Martin was talking to ▉▉▉▉ Martin said, "I know you are the head of the Union." ▉ asked how do you know? Martin said, "Just like you have your people. I have mine."

7. I believe that all employees who were interested in the Union we transferred to work at the Newark jobsite from other jobsites. I worked at the Newark jobsite before the Union organizing and after the Union organizing. For about a month and a half, I worked at Rutherford, but I usually work at the Newark jobsite. My coworkers, ▉▉▉▉, were sent to work at the Newark jobsite in early June of 2021; they supported the Union.

- 2 -                    Initials: _N̸M̸_

Case 22-CA-277455

8. While I was working for the Company, I occasionally got paid under the name of two other companies—Jalisco Concrete Corp., Walls Systems Corp. When I was paid under the two other companies, I was doing the same kind of work at the same jobsites. Checks I received from these two companies I had to pick them up at Martin's house located at 49 Hermon Street in Newark, New Jersey.  I was under the impression that I was always working for the Company. My supervisor was always Martin and Jorge.

**I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 3 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.**

- 3 -          Initials:

Case 22-CA-277455

Date: _01/19/2022_   **Signature:** _____

I, Martin Castro, have translated this document from English to Spanish to the best of my ability.

_____

**Martin Castro**

**This affidavit was taken by:**

_____

**Joanna Pagones Ross**
**Board Agent**
**National Labor Relations Board**

- 4 -   Initials: _____

Witness B Affidavit

Case 22-CA-277455

IBN Construction Corp.
Case 22-CA-277455

## Confidential Witness Affidavit

I, ████████ under the penalty of perjury, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at ████████████████████

My cell phone number (including area code) is ██████████

My e-mail address is ██████████████

1. I have worked at IBN Construction since about 2015 in demolition. My job responsibilities include breaking down concrete, knocking down walls, and carrying debris to the dumpster. My rate of pay is $16 per hour. My supervisor is Foreman Jorge Rodriguez. I work Monday through Friday. On average, I work about forty hours per week.

2. I first heard about the Union in March 2021. I was working at the jobsite at 155 Washington Street in Newark, New Jersey. Vicente from the Union came there and said that none of the workers were making the right wage. Vicente explained that an election could happen to bring the Union in and increase our pay. I remember that ██████████████████, and ██████████████ were there. There were about twenty of my coworkers when Vicente came to speak to us. Jorge never saw me talking to Vicente, but he did see some of my coworkers ████████████████ talking to him. Jorge told them, "I see that you are talking to the Union. If you want to work for the Union, go see how much they pay you." One of my

- 1 -

Initials: ██████

Case 22-CA-277455

coworkers told me that they heard Jorge call Martin and tell him about workers talking to the Union.

3. Vicente would come to the Newark jobsite often to talk to my coworkers. We didn't talk much. I just said hello when I saw him. Vicente gave me an authorization card at the Newark jobsite, and I signed it. We were on the street before work around 6 AM. No one else saw us.

4. About April 2021, my coworkers and I were complaining to Jorge that our hours were getting cut. We were at the Newark jobsite. We use to work 9 hours five days a week and 8 hours on Saturday. Jorge responded, "You guys sought it, and the owner got mad." My understanding is that Jorge was referring to the Union because there was an election going on at that point.

5. About March 2021, Jorge told me and my coworkers at the Newark jobsite, "How are you going to be part of a union when you don't have documents? You guys are crazy." Jorge said that the Union only paid $200. I remember that ███████████ were there. There were about eight coworkers there, but I don't remember anyone else.

- 2 -        Initials: ████

Case 22-CA-277455

I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.

I have read this Confidential Witness Affidavit consisting of 3 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.

Date: 7 - 20 - 22 _____    Signature: ███████████████

I, Martin Castro, have translated this document from English to Spanish to the best of my ability.

    /s/ David Flores
_____

**David Flores**

This affidavit was taken by:

**Joanna Pagones Ross**
**Board Agent**
**National Labor Relations Board**

- 3 -

Initials: ███████

Witness C Affidavit

Case 22-CA-277455

IBN Construction Corp.
Case 22-CA-277455

## Confidential Witness Affidavit

I, ▮▮▮▮▮▮▮▮▮▮▮▮, under the penalty of perjury, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

My cell phone number (including area code) is ▮▮▮▮▮▮.

My e-mail address is ▮▮▮▮▮▮▮▮▮.

1. I started working at IBN Construction about eight years ago as a helper. My job responsibilities include handling iron bars; sometimes I put down concrete. Other times, I drive front end loaders. My supervisor is Jorge Rodriguez Mesa. My rate of pay is $18.00 per hour. I work Monday through Friday, eight hours a day. I use to work about twelve hours of overtime per week, but this stopped in about June or July of 2021 when the Union started. I work at 155 Washington Street in Newark, New Jersey. I have worked at the Newark jobsite for about three years. Sometimes on Saturdays I use to work at jobsites in Paterson, New Jersey.

2. About March of 2021, I asked Martin Espinosa, the owner of the Company, if he could give ▮▮▮▮ work because he wasn't working at that time. Martin said he couldn't give ▮▮ work because if he brought ▮▮ back, then he would have to bring ▮▮ back to work too. Martin said that ▮▮ was absent for four days and that's why he couldn't bring him back. I know that ▮▮▮ was also absent for four days because I remember him being absent. Martin never mentioned anything about the Union.

- 1 -          Initials: ▮▮▮▮▮▮

Case 22-CA-277455

3. About May of 2021, I first heard about the Union from my coworkers at the Newark jobsite. My coworkers, ███████████, asked me to support the Union so we could get better pay. When I was working on Saturdays, I wasn't getting paid. I told him I would support the Union. I signed a union card.

4. About May of 2021, Jorge asked me if I signed a Union card, and I told him no. At that time, I had signed with the Union, but I didn't want him to know. I invited him to my house because we are friends, and we were talking. He didn't mention anything else with the Union.

5. About summer of 2021, I remember Foreman Rodriguez said that if you are without documents how can you join the Union. He said that at the Newark jobsite. I remember that ██████████████████, and █████████ where there when he said.

Initials: ███████████

Case 22-CA-277455

I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.

I have read this Confidential Witness Affidavit consisting of 3 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.

Date: _02 - 02 - 22_ Signature: _____

I, Grace E. Piazza Ortiz, have translated this document from English to Spanish to the best of my ability.

/s/ Grace E. Piazza Ortiz

Grace E. Piazza Ortiz

This affidavit was taken by:

_____

Joanna Pagones Ross
Board Agent
National Labor Relations Board

- 3 -                    Initials: _____

Witness D Affidavit

IBN Construction Corp.
Case 22-CA-277455

## Confidential Witness Affidavit

I, ▮▮▮▮▮▮▮▮▮ , being first duly sworn upon my oath, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

My cell phone number (including area code) is ▮▮▮▮▮▮▮ .

I was employed by Ibn Construction

located at 48 Sherman Street, Newark, New Jersey. That is the home address of the boss, Martin Espinoza.

1. I started working for Ibn in 2013. Ibn does demolition, bricklaying, cement blocks, putting down blacktop and concrete. I performed demolition. One person was in charge of the jobsites where I worked. His name was Angel Macas.

2. I was fired from the job for supporting the Union. My last day was about two months ago.

3. I cannot say when I first heard about a Union trying to organize employees at Ibn. I think it was this year. Vicente called me on the phone and was telling me about a union but I did not understand what he was talking about. I did not understand what a union was. Vicente had spoken to a coworker before me, and that coworker gave Vicente my phone number. I live in the same apartment with that coworker, Ulises Fuentes. He told me he had given Vicente my phone number.

4. Vicente came to the jobsite. This was when I was working at 200 Nutley Street in Nutley. I was doing demolition there. I remember throwing away my garbage from the demolition work. The dumpster is three minutes away from the work site. He spoke to some of my coworkers near there, but not me. I did not know him at the time. Near the dumpster, he gave me his business card. I was busy working so I did not talk to him any more than taking his card.

5. We had a meeting about the Union at my house with Vicente. ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ , ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ were there. We signed union cards then. The card said that I supported the union.

- 1 -          Initials: ▮▮▮▮▮▮

6. ██████████ told me at work the next day that Martin had approached him that day and asked how the meeting was and ████ said it was wonderful.  Martin did not ask me about the meeting.

7. I went to another Union meeting at the home of ████████ _____ on ██████, in ████████.  Vicente was there, along with about twelve employees. One of the things I remember was that an employee named ████████████ asked about an accident he had had.  After the meeting, ██████████ played recordings of the meeting he took for other employees.  This was told to me by other employees.

8. I remember when I received a ballot for the union election mailed to my house.

9. Angel Macas, my supervisor, told me that it was not a problem to vote in the election. This was in Nutley.  He asked me to take a picture of my ballot and send it to the boss, Martin.  I said, No problem, but I did not do this.

10. I was fired about two months ago, after the election.

11. I took off for a week.  I sent a message through ████████ to Martin that I was ready to come back. Martin told ████ that he had fired ██████ and that if he took me back, ████████ would be angry.  ████ told me that Martin said that there wasn't any work for me because they knew I supported the Union.  I did not talk to Martin to get my job back.  I was one of the more senior workers there.


**I am being provided a copy of this Confidential Witness Affidavit for my review.  I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 3 pages, including this page, I fully understand it, and I state under penalty of perjury that it is true and correct. However, if after reviewing this affidavit again, I remember anything else that is important or I wish to make any changes, I will immediately notify the Board agent.**

Date: _07, 17 / 21_     Signature: ████████████ _____

Signed and sworn to before me by telephone on ____ 7/17/21 _____

_s/Tara Levy_ _____
**TARA LEVY**
**Board Agent**
**National Labor Relations Board**

Initials: ████████ _____

Witness D Supplemental Affidavit

Case 22-CA-277455

IBN Construction Corp.
Case 22-CA-277455

## Supplemental Confidential Witness Affidavit

I, ███████████ under the penalty of perjury, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at ████████████████████████████.

My cell phone number (including area code) ███████████

My e-mail address is ████████████████

1. This is a supplemental affidavit to the one I provided on July 17, 2021. All statements in that affidavit continue to be true.

2. About March 2021, Foreman Jorge Rodriguez said at the jobsite at 155 Washington Street in Newark, New Jersey that hours were going to be cut because of the Union. I remember that Jorge told me and ███████████ this. He said this specifically to use because ███████ and I were talking about how the foreman were upset with us since we were organizing with the Union. I believe that ███████████ heard our conversation because he was close by. No other coworkers were close by to hear what Jorge said.

3. On or about April 29, 2021, Martin Espinoza said at the jobsite in Newark that he had an attorney who was going to file a lawsuit against the worker who started the union. I remember that a lot of my coworkers were there who heard Martin say this, including ████████████████████████████

Initials: ███████ _____

I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.

I have read this Confidential Witness Affidavit consisting of 2 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.

Date: 2/25/2022          Signature: ▮▮▮▮▮▮▮▮▮▮▮▮

I, Julia Nunez, have translated this confidential witness affidavit from English to Spanish to the best of my ability.

_Julia Nunez-Ramos_
**Julia Nunez**

This affidavit was taken by:

_____
**Joanna Pagones Ross**
**Board Agent**
**National Labor Relations Board**

Witness E Affidavit

Case 22-CA-277455

IBN Construction Corp.
Case 22-CA-277455

## Confidential Witness Affidavit

I, ▮▮▮▮▮▮▮, being first duly sworn upon my oath, state as follows:

I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.

I reside at ▮▮▮▮▮▮▮▮▮▮

My cell phone number (including area code) is ▮▮▮▮▮▮.

My e-mail address is ▮▮▮▮▮▮▮▮.

I am employed by Ibn Construction which has a yard located in Irvington, New Jersey.

1. I have worked for Ibn for one year. I start work in the yard and travel to where I am working in a Company vehicle. During the past year, I have worked different places. At the beginning, I worked in Nutley. I have cleaned up cement at 155 Washington Street in Newark, but not performed demolition there. I work different places each day. Each worksite has a different supervisor. I am not the only employee who moves around. Ibn has around thirty to forty employees. My hours are usually 6:30 am to 4:30 or 6 pm. I drive the Company vehicle and am usually the first to get there and the last to leave. I am a driver and I do demolition, work with concrete and assisted in performing masonry.

2. One of my coworkers, ▮▮▮▮▮ went to the Union after he got hurt. This was around last September 2020. Then, someone from the Union came to the different workplaces. I gave the Union the addresses of the different places we were working. The person was Vicente from the Union. He also called me and came to my house. Some workers gave the phone numbers of other employees to him. I do not remember exactly when Vicente

- 1 -                    Initials: ___▮▮▮▮_____

Case 22-CA-277455

came to my house. He said he was a Union representative and explained what the Union could do for the workers at IBN. That is when I told him where the different worksites were. After that, I saw him at the different worksites. He looked around, and asked who the owner of the worksites was. He would talk to whatever workers agreed to talk to him.

3.  I signed a card supporting the Union the day that Vicente was in my house. I do not remember when that was.

4.  We voted in an election where ballots went to our homes. Martin, the owner called me after work when I was at home and asked me if I had voted. I said Yes and that I had sent the ballot in. Martin asked if I signed the back of his envelope, I said No. Martin said that my ballot was no good and that I needed to call the NLRB to get another ballot. He gave me the number of someone to call at the NLRB. He said to call him when my new ballot arrived. He said when it arrived, he would help me fill it out. This was in about early May 2021.

5.  I called the NLRB and asked for a new ballot. I told them I did not sign the ballot so it was not valid. They agreed and said they would send me a new one.

6.  I got my new ballot. It was still early May. Martin called me when I was and home and asked me if I had the ballot. I said yes. He told me to bring it to the yard tomorrow. The next day, he told me to come his car. I got in the car. He has a black Ford Explorer. I showed him the ballot. Martin handed me a pen. He said to put an X in one of the squares. I marked No because Martin could see my ballot. He said to put in the envelope and seal it. He said to leave it here which I did.

- 2 -                    Initials: _____ ■ _____

Case 22-CA-277455

7. When I was in the car with Miguel, a foreman, at about the same time, I overheard Miguel, a foreman, speaking to Martin on the phone. Martin told Miguel to call the Labor Board to ask for another ballot.

8. After the election, Ibn started performing work at sites in West Orange, Paterson and Kearny using other contractors to perform work that Ibn would ordinarily do such as building walls and cement block work. One contractor was JR and one was PGR. I believe this was to try to scare the employees that they would lose work. Martin is trying to force the employees who supported the Union to leave.

9. I overheard two foreman speaking, Juan Diego and Oscar, and they said if the Employer lost the election, the company is going to give work to other contractors. This was in West Orange before the election. They said it to each other.

10. I asked Martin for a raise of one dollar an hour. This was about two months ago. He said look what is going on now, wait until the next payday. I think he was talking about the election. That was the only thing that was happening at the time. I have not gotten a raise.

I have interpreted this statement to the witness to the best of my ability.

/s/ Martin Castro                      07/26/2021

- 3 -                    Initials: _____ ███████ _____

Case 22-CA-277455

Martin Castro                                    Date

This Confidential Witness Affidavit has been interpreted to me for my review.  I
understand that this affidavit is a confidential law enforcement record and should not be
shown to any person other than my attorney or other person representing me in this
proceeding.

This Confidential Witness Affidavit consisting of 4 pages, has been interpreted to me,
including this page, I fully understand it, and I state under penalty of perjury that it is true
and correct.  However, if after reviewing this affidavit again, I remember anything else that
is important or I wish to make any changes, I will immediately notify the Board agent.

Date: _07 – 06 / 21_____     Signature:  _____█████████_____

Signed and sworn to before me by telephone on
_____7/6/21_____
s/Tara Levy

_____
**TARA LEVY**
**Board Agent**
**National Labor Relations Board**

- 4 -          Initials: ___█████_____

Witness F Affidavit

IBN Construction Corp.
Case 22-CA-277455

## Confidential Witness Affidavit

I ████████████████, being first duly sworn upon my oath, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at ████████████████████████.

My cell phone number (including area code) is ████████████.

My e-mail address is ██████████████.

I stopped working for Ibn Construction about three weeks ago on June 21 when I had an accident at work. I fell and hit my head. I broke a small bone in my foot. I went to the hospital. I was told to stay home for one month. I am still feeling pain in my feet and my head. I have not spoken with anyone from Ibn about returning to work when I recover. I do not expect to return there because it is a hard job.

1.  I started working for Ibn in about September 2019. In this company, I would drive, work with concrete, do demolition and everything else required. We worked nine to eleven hours a day, six days a week. For the past three months before I was injured, I worked at 155 Washington Street in Newark, doing demolition. That's where I was hurt. My supervisor at 155 Washington Street was named George.

2.  I first learned that a Union wanted to organize workers at Ibn in about January 2021. Vicente, a Union employee, approached me at work at West Orange the first time. He spoke to me about the Union and then again about the Union several times in Newark. Each time, it was just him and me. For example, he spoke to me when I was alone on a break. Once he came to my house. He gave me a Union card which I signed. I think that happened close to my house.

3.  Martin, my boss, told me in West Orange in about February that he was watching me that he saw me talking with the guy from the Union. He said not to talk to these guys because they are liars. He said to me that your vote should be for us because the union guys are liars.

4.  I believe Martin assigned Union supporters to work at 155 Washington Street to keep us away from everyone else. Before that I moved from worksite to worksite week to week. There were about 10-11 employees at 155 Washington Street including ████████████████ ████████████████████████, and me. Martin did not say with words. We saw this in his eyes that he was angry.

5. Once Martin knew I supported the Union, in about March, Martin reduced my hours to eight hours a day.

6. Attached is an authorization card I signed in Newark.

I hereby testify that I am fluent in English and Spanish and that I have interpreted the Board Agent's questions from English to Spanish and the affiant's answers from Spanish to English.

s/Zulma Ocampo
_____
**Zulma Ocampo**                              **July 12, 2021**

I am being provided a copy of this Confidential Witness Affidavit for my review. I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.

I have read this Confidential Witness Affidavit consisting of 2 pages, including this page, I fully understand it, and I state under penalty of perjury that it is true and correct. However, if after reviewing this affidavit again, I remember anything else that is important or I wish to make any changes, I will immediately notify the Board agent.

Date:   July 12, 2021          Signature:   █████████████████

Signed and sworn to before me by telephone on _____ 7/12/21 _____

/Tara Levy
_____
**TARA LEVY**
**Board Agent**
**National Labor Relations Board**

Witness G Affidavit

IBN Construction Corp.
Case 22-CA-277455

### Confidential Witness Affidavit

I ███████████, being first duly sworn upon my oath, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at ███████████████████

My cell phone number (including area code) is ████████████

I was employed by Ibn Construction

In Irvington.

1. I started working for Ibn about two years ago, in about July 2019. I performed general labor. In 2019, I worked at 155 Washington where about 15 of us worked. I worked nine hours a day, Monday through Friday and Saturday eight hours. My supervisor was Frank. I was laid off. Martin, the owner, told me there was no more work for me. I believe there were others that were let go. This was before the election. I did not receive a ballot. Also fired were ████████████, ████████████, and ████████. They were fired before we got to vote. I do not remember the date I was laid off. A foreman named Angel Macas told me to go home and that Martin would call me. No one called for one week so I went back to the yard the following Monday. I saw Martin who told me that there was no more work for me.

2. A Union representative gave me a card. This was at a job in Nutley. He said that we should fill out the card if we supported the Union. I was not sure what I was signing. There were other workers present when the representative distributed the card. We

were all eating lunch.  There were maybe six workers eating. The foreman, Angel Macas, was there.  This was in mid-March 2021.

3. I talked with coworkers a lot about the Union.  We talked about how happy we were going to be to have a Union because things would get better for us.  I believe that one of my coworkers heard us talk about the Union and told Martin.

**I am being provided a copy of this Confidential Witness Affidavit for my review.  I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 2 pages, including this page, I fully understand it, and I state under penalty of perjury that it is true and correct. However, if after reviewing this affidavit again, I remember anything else that is important or I wish to make any changes, I will immediately notify the Board agent.**

**Date:**  7/12/21 _____   **Signature:** ████████████████

**Signed and sworn to before me by telephone on**
_____7/12/21_____

s/Tara Levy
_____
**TARA LEVY**
**Board Agent**
**National Labor Relations Board**

**I am fluent in English and Spanish, and to the best of my ability have interpreted the Board Agent's questions to the witness from English to Spanish and the witness's answers from Spanish to English and have translated this affidavit to the witness.**

/s/ David Flores                                    7/12/21
_____
**David Flores**                                    **7/12/21**

Witness H Affidavit

IBN Construction Corp.
Case 22-CA-277455

## Confidential Witness Affidavit

I ████████, being first duly sworn upon my oath, state as follows:

I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.

I reside at ████████████.

My cell phone number (including area code) is ████████.

My e-mail address is ████████████.

I am employed by Ibn Construction

located at Herman Street, Newark.

1.  I have worked for Ibn for five to six years. Ibn provides demolition services and other construction services in Newark and nearby cities. I have worked at a site at 155 Washington Street for the past year. There were about fifteen workers there. The work has always been the same level, same amount. Jose Pereira was fired at about the same time as ████████, who also supported the Union. The work did not decrease at that time. When they were terminated, there were other people working there who had less time. After those two were fired, they hired people.

2.  I do not recall when I first learned that the Union was trying to organize the workers. A young man from the Union named Vicente spoke to me about the Union after work. I remember we discussed whether I was working on government jobs. One day afterwards, I signed a Union card with Vicente outside of the jobsite.



3. On about April 9, Martin, the boss, came up to me and ███████████, who also works for Ibn and asked if we signed Union cards. Both of us said yes. Martin said that there is no future with the union and they'll take half of our pay. I did not know at that time that █████ had signed a card.

4. On April 20, 2021, there was a meeting in my house to discuss the Union. There were about ten employees there. Vicente and Ana were there from the Union. The next day, a coworker named ███ told me that Martin told someone, who told ███ that he had a recording of the meeting. That day, we signed a sheet in support of the Union. ███ was there.

5. At the jobsite, on about April 29, Martin approached me in front of some coworkers. ███ ███ and I were putting away our tools. A supervisor named Jorge Rodriguez said there was going to be a meeting with Martin. But instead, Martin approached just me and said that he knows that I am the head of this sh-t and you need to leave people alone and make their own decisions. I asked him, how did you know. I said, If you say it, it must be true. He said that just like the Union has people all over the place, I have people all over the place. Martin said that the Union speaks pretty words but does not keep their promises. They will take half of your income. We don't have the money to pay Union wages. Speak to the other Union people. See if they can give you work when we can no longer provide you with work. The people who signed Union support cards are all going to be sent home until an agreement is reached with the Union. It will be a long time to reach an agreement. While you are waiting at home, I will hire people who I do not have to pay as much to. Once there is an agreement with the Union, the people who have been laid off will not be rehired if the new people who want to work for less are hired. If the

people on layoff bother the people who have been hired, they can be fined. He said,

Don't be talking to other workers, don't be screwing up their minds. The Union lies and

makes promises they can't keep. A coworker named ████████, and his last

name might be ████, ████████████ and ████████ were close

enough to hear all of this. Martin said to think really carefully about what you are doing, I

would hate for something to go bad if the Union wins.

6. After that, they stopped having me work on machines, and had me do heavier work such
   as busting concrete.

7. The same day Martin asked me and ████████ if we signed cards, the Employer cut the
   hours of the group at 155 Washington from 60 per week to 40 and that is where they
   stayed.

**I am being provided a copy of this Confidential Witness Affidavit for my review.  I
understand that this affidavit is a confidential law enforcement record and should not be
shown to any person other than my attorney or other person representing me in this
proceeding.**

**I have read this Confidential Witness Affidavit consisting of 4 pages, including this page, I
fully understand it, and I state under penalty of perjury that it is true and correct.
However, if after reviewing this affidavit again, I remember anything else that is important
or I wish to make any changes, I will immediately notify the Board agent.**

Date:   7/1/2021_____     Signature: ████████████████\_\_\_\_\_

Signed and sworn to before me by telephone on _____7/1/21_____

_____s/Tara Levy_____
**TARA LEVY**
**Board Agent**
**National Labor Relations Board**

Witness I Affidavit

Case 22-CA-277455

IBN Construction Corp.
Case 22-CA-277455

## Confidential Witness Affidavit

I, ██████████████ under the penalty of perjury, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at ████████████████████████████

My cell phone number (including area code) is ██████████.

My e-mail address is ████████████████.

1. I have worked at IBN Construction Corp. ("the Company") since March or February of 2020 as a laborer. My job responsibilities include demolition, cement, and maintenance. I currently work Monday through Friday 7 AM to 3:30 PM. My rate of pay is $18.00 per hour. I no longer work any overtime hours. Prior to the Union campaign started, I worked Monday through Saturday 7 AM to 4:30 PM, but sometime on Saturday I would work one less hour. This change happened in about February or March 2021. My supervisor is Jorge Rodriguez.

2. When I started working for the Company, I began at 155 Washington Street in Newark, New Jersey. About November 2020 to March 2021, I worked at a jobsite in Nutley, New Jersey. When the Union campaign began, I was transferred back to the Newark jobsite. I continue to work there now.

3. I believe I was transferred back to the Newark jobsite because the Company realized I was in favor of the Union. I never spoke to a Union representative at the Nutley jobsite. I did, however, speak to my coworkers at the Nutley jobsite about how I supported the Union. I remember speaking to ████████████████████████████████

Initials: ████████ _____

. I do not believe that that any supervisor or foreman overheard our conversation. I believe that one of my coworkers most likely told a supervisor or foreman that I was supporting the Union. I believe this is so because my jobsite changed, and ▮▮▮▮ ▮▮▮▮ is a cousin of Supervisor Angel Macas.

4.  About March 2021, Foreman Jorge Rodriguez told my coworkers and me at the Newark jobsite, "I see that you are talking to the Union. If you want to work for the Union, go see how much they pay you." I remember that ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ were there.

5.  I also remember that Martin Espinoza pointed at ▮▮▮▮▮▮ and said, "I know you are the ringleader causing all of this." I believe he was referring to the Union because there was an organizing campaign and election going on.

6.  About April or May of 2021, Freddy Espinoza, the brother of Martin Espinoza, asked me to give him my ballot when I received it at home. He called me numerous times about this. I told him that I had not received it and when I get I will let him know. When I received my ballot, I made a false photocopy of it and marked that I voted against the Union. I sent Freddy a text with the photo.

7.  When I started working for the Company, my paycheck was from Jalisco Concrete Corp. made out to cash. I received those checks from Martin Espinoza's wife, Laura Naranjo, either at the jobsite and sometimes at Martin Espinoza's house in 45 Herman Street in Newark, New Jersey. But when the Union campaign began, my checks were from IBN Construction Corp and had my name on it. My paycheck currently has my name on it and are from IBN Construction Corp. I currently pick up my paycheck at the jobsite in a mailbox. Since I started working for the Company, I always thought I was working for IBN

Initials: ▮▮▮▮▮

Case 22-CA-277455

Construction. My job responsibilities have not changed. My supervisor has been either Angel Macas or Jorge Rodriguez and both of them work for IBN Construction.

8. Angel Macas and Jorge Rodriguez are employed by IBN Construction are foreman. Both of them are friends of Martin Espinoza, and they talk to him. If either of them does not like a workers, they tell Martin and he will get rid of them. They give me job assignments. If I needed to take a day off, I go to either of them for permission.

Initials: _____

I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.

I have read this Confidential Witness Affidavit consisting of 4 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.

Date: _03/03/2022_   Signature: █████████

I, David V. Flores, have translated this confidential witness affidavit from English to Spanish to the best of my ability.


 /s/David Flores
David V. Flores


This affidavit was taken by:


Joanna Pagones Ross
Board Agent
National Labor Relations Board

Witness J Affidavit

IBN Construction Corp.
Case 22-CA-277455

## Confidential Witness Affidavit

I ███████████████, being first duly sworn upon my oath, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at █████████████████████████████.

My cell phone number (including area code) is ████████████.

I have no e-mail address.

I was employed by Ibn Construction

located at 49 Herman Street in Newark, New Jersey.

1. Ibn Construction specializes in demolition services in Newark and nearby cities. There are about 25 to 30 workers there. The company has vehicles that they used to transport us to different sites. I started working there about ten or eleven years ago. At every job site there is a different supervisor who works for the company. I stopped working there May 1, 2021 when they discharged me. I was told that there was no work for me. Martin, the boss of the company discharged me. About two other employees were fired: ████████ ████ and ████████ whose last name I do not know. When I was fired, there were other employees who had less seniority than me who were still working. Also, the Employer has hired people since I was fired. One of my coworkers there, ████████ ████, has told me this.

**Privacy Act Statement**

The NLRB is asking you for the information on this form on the authority of the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the NLRB in processing representation and/or unfair labor practice cases and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). Additional information about these uses is available at the NLRB website, www.nlrb.gov. Providing this information to the NLRB is voluntary. However, if you do not provide the information, the NLRB may refuse to continue processing an unfair labor practice or representation case, or may issue you a subpoena and seek enforcement of the subpoena in federal court.

Initials █████████

Case 22-CA-277455

2.  I know that the reason I was fired because I supported the Union.  Martin let it be
known that he was not happy that employees supported the Union.  He said that we were
supporting the Union for the wrong reasons. He said that he had an attorney who was
going to file a lawsuit against the worker who started the Union drive. He said that at a
meeting on April 29.  He said that we needed documents to be in the union. About 12 to
14 employees were there.   The meeting was at 155 Washington Street where we were
working.  The Foreman, Jorge Rodriguez, supervised at this site where the work lasted a
year. This was the last job I worked on.   The  foreman said to us, about 14 employees at
different times, how are we going to be part of a union when we don't have documents?
He said, You guys are crazy, I do not know why you are supporting the Union.  He said
we are going to end up cutting your hours.  You will work three days a week instead of
five.  He said these things when we started to support the Union, four or five months ago.
He knew some of us supported the union.  He told us he had seen a list published by the
building where we were working including the people who supported the Union.  He said
that he knew who signed cards with the Union and who did not.

3.  A Union rep named Vicente visited 155 Washington in January 2021. He said he was
from a Union.  I was interested in what he had to say.   He told me about the Union as we
were leaving work. I talked with him in his car.

4.  Vicente gave me a card that I signed after work on January 20.

5.  We had a meeting with the Union at the home of a coworker, ▮▮▮▮▮▮▮ who lives
on Garden Street in Newark.  Vicente and Ana from the Union were there. There were
about ten of us. They spoke about worker rights. This was on about April 20, 2021.

Initials: ▮▮▮▮▮▮▮

Case 22-CA-277455

Nelson told me that someone, Juan, whose last name I do not know, recorded the meeting, and gave the recording to the company.

6.  About a month later, my hours were cut, along with everyone else. This happened to everyone at 155 Washington Street. I used to work ten or more hours a day, then it went to eight.

7.  Jorge said when the Union election ends many workers are going to be let go. He said that often.

8.  About eight months ago, I told Martin that I was going to leave because of the pay which was $17 an hour. They offered me $25 an hour which I agreed to.

9.  I texted Martin on Sunday, May 9 asking about coming back to work. He said, You disrespected me. I said that I never disrespected him. He said there was no work for me.

10. Right before the election, Martin came to 155 Washington Street and handed out papers, asking us to vote against the Union. When he got to me, he said he knew I supported the Union. I did not say anything. I took the paper and turned away.


**I am being provided a copy of this Confidential Witness Affidavit for my review. I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 4 pages, including this page, I fully understand it, and I state under penalty of perjury that it is true and correct. However, if after reviewing this affidavit again, I remember anything else that is important or I wish to make any changes, I will immediately notify the Board agent.**

**Date:**   7/1/2021                           **Signature:**   ███████████████

- 3 -                     Initials:  ████████████

Case 22-CA-277455

Signed and sworn to before me by telephone on _____7/1/21_____

_____s/Tara Levy_____
**TARA LEVY**
**Board Agent**
**National Labor Relations Board**

I am fluent in English and Spanish.  To the best of my ability, I have translated the questions of the Board Agent from English to Spanish for the witness and the answers of the witness from Spanish to English.

s/David V. Flores 7/1/21

Initials: ▮▮▮▮▮

Witness J Supplemental Affidavit

Case 22-CA-277455

IBN Construction Corp.
Case 22-CA-277455

## Supplemental Confidential Witness Affidavit

**I, █████████████████, under the penalty of perjury, state as follows:**

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at █████████████████████████.

My cell phone number (including area code) is █████████.

1. This is a supplemental affidavit to the one provided on July 1, 2021. Everything in that affidavit continues to be true.

2. I remember that sometime in April 2021 at 155 Washington Street in Newark, New Jersey my coworkers and I were complaining about decreased work hours. Foreman Jorge Rodriguez overheard this conversation, and he said, "You guys wanted it, and the owner got mad." He was definitely referring to the Union because there was an election going on at that time. I remember that █████████████, and some of my other coworkers were there and overheard this.

- 1 -    Initials: ████████ _____

I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.

I have read this Confidential Witness Affidavit consisting of 2 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.

Date: _2·28-2021_     Signature: ▮▮▮▮▮▮▮▮▮▮▮▮

I, David Flores, have translated this confidential witness affidavit from English to Spanish to the best of my ability.

_/s/David Flores_
**David Flores**

This affidavit was taken by:

_____

**Joanna Pagones Ross**
**Board Agent**
**National Labor Relations Board**

Witness K Affidavit

IBN Construction Corp.
Case 22-CA-277455

## Confidential Witness Affidavit

I ███████████ being first duly sworn upon my oath, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

I reside at ██████████████████████████.

My cell phone number (including area code) is ██████████.

I am employed by Ibn Construction located in Newark on Herman Street.

1.  I worked for Ibn Construction for three years, then left for three years, and now I have been working there for one year. For Ibn Construction I operate machines, I do demolition, and work with concrete. For at least a year, I work everyday at 155 Washington in Newark and have worked there for almost a year. That is where I report. My supervisor there is Jorge Meza. My brother also works there, ██████████.

2.  I first met Vicente from the Union about five or six months ago at 155 Washington. He arrived near the workplace during the day one day and we listened to him one at a time. He said that whether we got a Union depended on what happened in an election and depended on the people. He was there many times to talk to us. He did not go on the worksite. I believe that the foreman noticed this. I heard an employee named ██████ telling the foreman that there is someone from the Union and he is telling us to vote for them. The owner, Martin, arrived one day in the afternoon and pointed to ██████ ██████ and said, You began to bring in the Union people over here. I know the facts and I don't want you talking to the other workers anymore." ██████ asked, How do you know? Martin said, You are the one. I know that you are ██████. I said, We are all men and we all make our decisions including who is for the Union. Two other workers, ██████ and ██████ were there.

3.  After this, the hours of me and my brother changed. Before we were working about 54 hours a week, and after that we worked 40 hours a week. Also, I used to work when it rained but the company started sending me home even when it was light rain.

**Privacy Act Statement**
The NLRB is asking you for the information on this form on the authority of the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the NLRB in processing representation and/or unfair labor practice cases and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). Additional information about these uses is available at the NLRB website, www.nlrb.gov. Providing this information to the NLRB is voluntary. However, if you do not provide the information, the NLRB may refuse to continue processing an unfair labor practice or representation case, or may issue you a subpoena and seek enforcement of the subpoena in federal court.

- 1 -                                    Initials ██████

Case 22-CA-277455

4. I signed a Union card about four or five months ago.  To me it meant that we were going to have an election.

5. Martin, one day, was walking around 155 Washington, and told us to think it over whether we were going to vote for the union or vote for him.  He said that we should think it over well.

6. Martin told us that if the Union won, that he was not going to pay us as Union, and maybe once we finished this work, he was not going to get any more jobs.  This was before we got ballots.  This was at 155 Washington.  This was said to me and my brother.

**I am fluent in English and Spanish. I have interpreted the questions of the Board Agent to the witness and the witness's answers to the Board Agent. I have interpreted this affidavit to the witness, all to the best of my ability.**

**s/Zulma Ocampo**
_____
**Zulma Ocampo, Language Specialist   July 28, 2021**

**I am being provided a copy of this Confidential Witness Affidavit for my review.  I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 2 pages, including this page, I fully understand it, and I state under penalty of perjury that it is true and correct. However, if after reviewing this affidavit again, I remember anything else that is important or I wish to make any changes, I will immediately notify the Board agent.**

**Date:** _07-28.27_   **Signature:**

- 2 -          Initials:

Signed and sworn to before me by telephone on
_____7/28/21_____


_____s/Tara Levy_____
TARA LEVY
Board Agent
National Labor Relations Board

