GC Exhibit 3

# Laborers' Eastern Region

001

Yo, por la presente, autorizo la Local _____ de la Laborers' International Union of North America (LIUNA) AFL-CIO, a representarme con mi actual y futuros empleadores con proposito de mejorar los acuerdos collectivos sobre mi salario, beneficios y condiciones de trabajo.

Nombre(letra de molde) __Jesús Aguilar__

Dirección __198 Olivar St__           Apt# __2__

Ciudad __Newark__        Estado __NJ__   Codigo Postal __07105__

Tel # __862-2815-691__

Actual Empleador __IBN__

Firma __[signature]__                   Dia __24/12/2021__

