# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3111

NLRB v. IBN Construction Corp

(U.S. District Court No.: 2-22-cv-05668)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    April 26, 2023
JK/cc:    Raymond G. Heineman, Esq.
Richard J. Lussier, Esq.
Kyle A. Mohr, Esq.
Elise F. Oviedo, Esq.
David I. Solomon, Esq.
Laura T. Vazquez, Esq.
John R. Vreeland, Esq.
Mr. William T. Walsh,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate